**UNITED STATES COURT OF APPEALS**
TENTH CIRCUIT
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO   80257

DAVID M. EBEL  
JUDGE

(303) 844-3800
FAX: (303) 844-4541
David_M_Ebel@ca10.uscourts.gov

January 6, 2011

TO:     Greg Langham, Clerk

FROM:   Judge Ebel

RE:     Criminal Action No. 10-cr-00532-DME
        <u>U.S.A. v. Richards</u>

    Exercising my prerogative as a senior judge, I request that this case be reassigned.

DME/jd