IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**BEFORE THE HONORABLE JAMES A. PARKER**

United States District Court
103 Sheppard Drive, Room 235
**DURANGO, COLORADO**

NOTICE OF HEARING
# WEDNESDAY, JANUARY 4, 2012

      I hereby certify that a copy of this calendar was served--via facsimile transmission, mail, or electronic means--to counsel of record as they are shown on the Court's docket.

*[signature: James A. Parker]*

James A. Parker
Senior U.S. District Judge
Dated: 11/28/2011    District of New Mexico

Please direct all inquiries to: Cynthia Blumenthal, Courtroom Deputy, at (505) 348-2230

**THIS COPY OF THE COURT CALENDAR SERVES AS YOUR NOTICE OF HEARING.**

**10:30 A.M.   SENTENCING**

**10cr532 JAP    USA v. ZERHRENA ANN RICHARDS**

Attorney for USA - James Michael Candelaria

Attorney for Defendant - Matthew Kyle Belcher