**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No.  10-CR-00532-JAP**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. ZEHRENA ANN RICHARDS,**

**Defendant.**

---

**MINUTE ORDER SETTING COMPLIANCE REVIEW HEARING**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

At the request of the supervising Probation Officer;

**IT IS HEREBY ORDERED** that a Compliance Review Hearing regarding Defendant's terms of Probation will be held before  Magistrate Judge David L. West, U. S. District Court, 103 Sheppard Drive, Room 235, Durango, Colorado 81303 on June 25, 2012 at 2:15 p.m.

**IT IS FURTHER ORDERED** that failure of the Defendant to appear will result in a Warrant for Arrest being issued.

**DATED: June 22, 2012.**

                                      **BY THE COURT:**

                                      **s/David L. West**
                                      **United States Magistrate Judge**