**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge James A. Parker**

**Criminal No. 10-CR-00532-JAP**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1.   ZERHRENA ANN RICHARDS,**

**Defendant.**

## ORDER OF REFERENCE

**ORDER ENTERED BY JUDGE JAMES A. PARKER**

A Petition for Violation of Probation has been filed in the above-referenced matter and the parties have agreed that the matter should be heard in Durango, Colorado pursuant to Durango Pilot Project Protocol, therefore:

**IT IS HEREBY ORDERED** that this matter be referred to Magistrate Judge David L. West for the purposes of presiding over the Revocation Hearing and making a Recommendation to this Court as to a finding of Guilt or Innocence.

**DATED: July 10, 2014.**

BY THE COURT:

_____
**James A. Parker
Senior U. S. District Court Judge**