## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00532-JAP-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Zerhrena Ann Richards,

        Defendant.

---

## ORDER DENYING PETITION FOR ISSUANCE OF SUMMONS DUE TO VIOLATION OF PROBATION

---

On June 2, 2014, the probation officer submitted a Petition for Issuance of Summons Due to Violation of Probation in this case, *[doc no. 55]*. The allegation of probation violation was failure to pay restitution, which has now been paid in full.

Accordingly, it is

ORDERED the Petition for Issuance of Summons Due to Violation of Probation in this case, *[doc no. 55]*, is denied.

DATED at Albuquerque, New Mexico, this _10 TH_ day of February, 2015.

BY THE COURT:

James A. Parker
United States District Judge